# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DIXON INTERIORS, INC. | § | Case No. 08-17352 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK, U.S. BANKRUPTCY COURT
7th Floor, Federal Building
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 06/18/2010 in Courtroom 4016,

United States Courthouse
505 N. County Farm Road
Wheaton, IL  60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DIXON INTERIORS, INC. | § | Case No. 08-17352 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 41,026.00 |
| *and approved disbursements of* | $ | 24,857.68 |
| *leaving a balance on hand of*[1] | $ | 16,168.32 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: DAVID R. BROWN* | $ 4,852.60 | $ 0.00 |
| *Attorney for trustee: SPRINGER, BROWN,* | | |
| *COVEY, GAERTNER* | $ 5,912.67 | $ 0.00 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant: ALAN D. LASKO &* | | |
| *ASSOCIATES, P.C.* | $ 5,130.40 | $ 22.65 |
| *Special Attorney for trustee:* | $ | $ |
| *Charges: CLERK, U.S. BANKRUPTCY* | | |
| *COURT* | $ 250.00 | $ 0.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Fees:* | $ | $ |
| *Other:* | $ | $ |
| *Other:* | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 136,793.27  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *3* | *Anthony Frye* | $           1,624.35 | $               0.00 |
| *15B* | *Internal Revenue Service* | $         85,004.59 | $               0.00 |
| *16* | *Craig Rohde* | $           1,417.23 | $               0.00 |
| *17* | *BOBLACK BOGDAN* | $             265.20 | $               0.00 |
| *18* | *BORIS PALMA* | $           1,630.98 | $               0.00 |
| *19* | *Tom Gottstein* | $           4,000.00 | $               0.00 |
| *20* | *Lucino Galvez* | $           1,743.19 | $               0.00 |
| *21C* | *Laborer's Pension And Welfare Funds* | $         40,312.13 | $               0.00 |
| *22* | *Alvin Hearnes* | $             795.60 | $               0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 501,882.05  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | West Suburban Bank | $ 327,148.07 | $ 0.00 |
| 2 | Mortimer & Fahrenback, LLC | $ 625.00 | $ 0.00 |
| 4 | Chase Bank USA NA | $ 21,007.90 | $ 0.00 |
| 5 | Roundup Funding, LLC | $ 3,059.74 | $ 0.00 |
| 6 | Roundup Funding, LLC | $ 172.33 | $ 0.00 |
| 7 | Roundup Funding, LLC | $ 199.36 | $ 0.00 |
| 8 | American Express Bank FSB | $ 9,224.28 | $ 0.00 |
| 9 | American Express Bank FSB | $ 1,076.15 | $ 0.00 |
| 10 | Sharon Pieroni | $ 864.00 | $ 0.00 |
| 13 | Exxon Mobil Fleet Services | $ 1,383.86 | $ 0.00 |
| 14 | Airgas Safety | $ 462.96 | $ 0.00 |
| 21A | Laborer's Pension And Welfare Funds | $ 136,658.40 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 51,941.37  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 15A | Internal Revenue Service | $ 13,106.88 | $ 0.00 |
| 21B | Laborer's Pension And Welfare Funds | $ 38,834.49 | $ 0.00 |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/ David R. Brown /s/

DAVID R. BROWN
400 SOUTH COUNTY FARM ROAD
SUITE 330
WHEATON, IL 60187

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

District/off: 0752-1                  User: kseldon                    Page 1 of 2                          Date Rcvd: Jun 01, 2010
Case: 08-17352                       Form ID: pdf006                  Total Noticed: 57

The following entities were noticed by first class mail on Jun 03, 2010.
```
db           +Dixon Interiors, Inc.,   793 W. Winthrop Avenue,   Addison, IL 60101-4310
aty          +Alan D Lasko,   Alan D Lasko & Associates Pc,   29 South Lasalle Street,   Chicago, IL 60603-1507
aty          +Arthur W Rummler,   Law Offices of Arthur W. Rummler,   799 Roosevelt Road,
               Building 2, Suite 104,   Glen Ellyn, IL 60137-5908
aty          +John E Gierum,   Gierum & Mantas,   9700 W Higgins Rd, Ste 1015,   Rosemont, IL 60018-4712
aty          +Michele M Springer,   Springer, Brown, Covey, Gaertner & Davis,   400 S. County Farm Road,
               Suite 330,   Wheaton, IL 60187-4547
tr           +David R Brown, ESQ,   Springer Brown Covey Gaertner & Davis,   400 South County Farm Road,
               Suite 330,   Wheaton, IL 60187-4547
12388086      AT&T,   P.O. Box 8100,   Aurora, IL 60507-8100
12388087     +AT&T Mobility,   P.O. Box 6428,   Carol Stream, IL 60197-6428
12388080      Airgas Safety,   P.O. Box 951884,   Dallas, TX 75395-1884
12388081      Allied Waste Services #710,   P.O. Box 9001154,   Louisville, KY 40290-1154
13464364     +Alvin Hearnes,   822 North Waller Avenue, First Floor,   Chicago, IL 60651-2647
12388082     +American Express,   Box 0001,   Los Angeles, CA 90096-8000
12922511      American Express Bank FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12388083     +Ann Dixon,   27W115 Tamarack Drive,   Winfield, IL 60190-2001
12943385     +Ann F. Dixon,   27W115 Tamarack Drive,   Winfield, IL 60190-2001
12388084     +Anthony Frye,   1243 Lincoln Avenue,   Chicago Heights, IL 60411-2839
12388085      Arc Disposal Company,   P.O. Box 9001822,   Louisville, KY 40290-1822
13464043     +Boblack Bogdan,   5156 South Merrimac,   Chicago, IL 60638-1308
13464068     +Boris Paulma,   4630 South Paulina,   Chicago, IL 60609-3265
12388088      Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
12894100      Chase Bank USA NA,   PO BOX 15145,   Wilmington, DE 19850-5145
12388090     +Craig Rohde,   823 Campbell,   Chicago Heights, IL 60411-2011
13464032     +Craig Rohde,   823 Campbell Avenue,   Chicago Heights, IL 60411-2011
12388091     +Debtalert,   4836 Brecksville Road,   Richfield, OH 44286-9177
12388092     +Exxon Mobil Fleet Services,   Wright Express Financial Services,   PO Box 639,
               Portland, ME 04104-0639
12388079     +Gierum & Mantas,   9700 West Higgins Road Suite 1015,   Rosemont, IL 60018-4712
12388093     +High Yield Industrial Products,   P.O. Box 1559,   Weaverville, NC 28787-1559
12388094      Hilti, Inc.,   P.O. Box 21148,   Tulsa, OK 74121-1148
12388096     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:  Internal Revenue Service,   P.O. Box 21126,
               Philadelphia, PA  19114-0326)
15214166     +Illinois Department of Employment Security,   33 South State Street,
               Chicago, Illinois 60603-2808, Attn: Bankruptcy Unit - 10th flr.
12388095      Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
12388097      International Credit Auditors,   P.O. Box 48439,   Minneapolis, MN 55448-0439
12388098     +Laborer's Pension And Welfare Funds,   C/O Allison Slutsky & Kennedy PC,
               230 W Monroe Street Suite 2600,   Chicago, IL 60606-4969
12388099     +Leasecomm,   10-M Commerce Way,   Woburn, MA 01801-1028
12388100     +Levy Diamond Bello & Assoc.,   P.O. Box 352,   Milford, CT 06460-0352
12388101      Lexus Financial Services,   P.O. Box 4102,   Carol Stream, IL 60197-4102
12388102     +Lucino Galvez,   C/O Robert M. Wolfberg, Esq.,   300 N. Elizabeth, #4E,   Chicago, IL 60607-1144
13464242     +Lucino Galvez,   1241 South Cuyler,   Berwyn IL 60402-1118
12388103     +Mortimer & Fahrenback, LLC,   7630 South County Line Road, Unit 7,   Burr Ridge, IL 60527-4717
12388106     +Premier Waste & Recycling,   10823 S. Langley Avenue,   Chicago, IL 60628-3814
12388107     +RentalMax,   908 East Roosevelt Road,   Wheaton, IL 60187-5651
12388108     +Richard P. Komyatte & Assoc.,   9650 Gordon Drive,   Highland, IN 46322-2909
12388109     +Sharon Pieroni,   525 East Sunset,   Lombard, IL 60148-1870
12388110     +Southwest Credit Systems, L.P.,   5910 W. Plano Parkway, Ste. 100,   Plano, TX 75093-2202
12388111      Sunbelt Rentals,   P.O. Box 409211,   Atlanta, GA 30384-9211
12388112     +Tel  Assist,   6417 West 87th Street, Ste. 3,   Oak Lawn, IL 60453-1073
12388113     +Terrace Supply Company,   710 North Addison Road,   Villa Park, IL 60181-1494
12388114     +Tom Gottstein,   217 Buckingham Court,   Grayslake, IL 60030-3479
12388115      UPS,   Lockbox 577,   Carol Stream, IL 60132-0577
12388116      Village Of Addison,   1 Friendship Plaza,   Addison, IL 60101-2786
12388117     +West Bend Mutual Insurance Company,   1900 South 18th Avenue,   West Bend, WI 53095-9791
12388118     +West Suburban Bank,   711 S. Meyers Road,   Lombard, IL 60148-3770
12487667      West Suburban Bank,   Cohen & Krol,   105 West Madison Street Suite 1100,
               Chicago, IL  60602-4600
```

The following entities were noticed by electronic transmission on Jun 01, 2010.
```
12388089      E-mail/Text: legalcollections@comed.com                      ComEd,   Billl Payment Center,
               Chicago, IL  60668-0001
12388104      E-mail/Text: bankrup@nicor.com                               Nicor Gas,   P.O. Box 2020,
               Aurora, IL  60507-2020
12388105      E-mail/Text: bankruptcy@pb.com                               Pitney Bowes,   Purchase Power,
               P.O. Box 856042,   Louisville, KY  40285-6042
12898686      E-mail/PDF: BNCEmails@blinellc.com Jun 02 2010 01:00:55      Roundup Funding, LLC,   MS 550,
               PO Box 91121,   Seattle, WA 98111-9221
                                                                                            TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Alan D. Lasko & Associates P.C.
aty           Donald Dodge of American Auction Associates Inc
aty           Springer Brown Covey Gaertner & Davis LLC
```

```
District/off: 0752-1           User: kseldon          Page 2 of 2             Date Rcvd: Jun 01, 2010
Case: 08-17352                 Form ID: pdf006         Total Noticed: 57

aty*          +David R Brown, ESQ,    Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
                 Suite 330,    Wheaton, IL 60187-4547
12922512*      American Express Bank FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
13463956*     +Anthony Frye,   1243 Lincoln Avenue,   Chicago Heights, IL 60411-2839
13464283*     +Anthony Frye,   1243 Lincoln Avenue,   Chicago Heights, IL 60411-2839
13464035*     +Craig Rohde,   823 Campbell Avenue,   Chicago Heights, IL 60411-2011
12388078*     +Dixon Interiors Inc,   793 W Winthrop Avenue,   Addison, IL 60101-4310
                                                                                  TOTALS: 3, * 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 03, 2010**                    **Signature:**        _Joseph Speetjens_